**Andrew P. SALDIVAR, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 19704.**

United States Court of Appeals
Fifth Circuit.

Dec. 11, 1962.

Andrew P. Saldivar, appellant, pro se.

K. Key Hoffman, Asst. U. S. Atty., San Antonio, Tex., Ernest Morgan, U. S. Atty., for appellee.

Before HUTCHESON, WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

This is an appeal from the order of the district judge denying appellant's

Sec. 2255 motion, seeking to set aside his conviction and sentence. The errors claimed by the appellant, if error at all, are not such errors as would support a collateral attack on the judgment and sentence.[1]

The judgment and order appealed from are therefore

Affirmed.

**Gerald Milton SEIDLER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 19048.**

United States Court of Appeals
Fifth Circuit.

Dec. 20, 1962.

Rehearing Denied Jan. 24, 1963.

Albert E. Schrader, Jr., Coral Gables, Fla., E. David Rosen, Miami, Fla., for appellant.

Lloyd G. Bates, Jr., Edith House and Robert H. Newman, Asst. U. S. Attys., Miami, Fla., for appellee.

Before TUTTLE, Chief Judge, and WISDOM and GEWIN, Circuit Judges.

PER CURIAM.

It appearing that no prejudicial error occurred on the trial of this case, and that there is substantial evidence to support the jury's verdict, the judgment of the trial court is hereby

Affirmed.

---

1. Larson v. United States, 5 Cir., 275 F.2d 673, cert. denied; 363 U.S. 849, 80 S.Ct. 1627, 4 L.Ed.2d 1732; Hill v. United States, 368 U.S. 424, 427–429, 82 S.Ct. 468, 7 L.Ed.2d 417; Alexander v.

United States, 5 Cir., 290 F.2d 252, cert. denied 368 U.S. 891, 82 S.Ct. 144, 7 L. Ed.2d 89; Hodges v. United States, 108 U.S.App.D.C. 375, 282 F.2d 858.